UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:                                    ) CHAPTER 7
                                          )
**Rebecca Cherie Cantu**                  )
**Alejandro Cantu**                       )
                                          ) CASE NO. 14-40254-JDP
                                          )
                                          )
_____Debtor(s)_____)

*U.S. COURTS*
*Rcvd SEP 23 2015*
*Filed Time 12:30*
*ELIZABETH A. SMITH*
*CLERK DISTRICT OF IDAHO*

### Turnover of Funds to Clerk

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the Trustee turns over to the Clerk of the U.S. District Court the following funds for the reason stated below:

1. The following represents funds paid to the Court pursuant to Bankruptcy Rule 3010.

| NAME & ADDRESS OF CREDITOR | CHECK # | DATED | AMOUNT NOT DISBURSED | CLAIM# |
|---|---|---|---|---|
| | | | | |

2, The following funds represent disbursement to creditors which were not Claimed within ninety (90) days and are therefore paid to the Court pursuant to 11 U.S.C. Section 347(a).

| NAME & ADDRESS OF CREDITOR | CHECK # | DATED | AMOUNT | CLAIM# |
|---|---|---|---|---|
| College Assist<br>3015 South Parker Rd  Ste 400<br>Aurora, CO  80014 | #118 | 09/18/15 | $1,506.01 | #17 |

Dated this September 18, 2015

/s/ _____
Gary L. Rainsdon, Chapter 7 Trustee

FEE PAID
RCPT # 454863